■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC WALLACE, Appellant.—Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered on May 14, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Carro and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALPHONSO COCCO, Appellant.—Judgment, Supreme Court, New York County (Jacqueline Silbermann, J.), rendered on September 24, 1986, unanimously affirmed. Motion by appellant to enlarge the record on appeal to include certain exhibits is granted. No opinion. Concur—Ross, J. P., Asch, Rosenberger, Ellerin and Wallach, JJ.

■ In the Matter of HARVEY GITTER, a Resigned Attorney.—Respondent's name is restored to the roll of attorneys and counselors-at-law effective December 8, 1988. Concur—Murphy, P. J., Kupferman, Sullivan, Ross and Asch, JJ.